

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2015

No. 04-15-00527-CR

Jessie **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11144
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to February 1, 2016. **No further extensions absent extraordinary circumstances.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court